## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT ZITO, Derivatively on Behalf of Nominal Defendant ROBINHOOD MARKETS, INC., | |
| Plaintiff, | |
| v. | Case No.: 1:22-cv-00081-CFC |
| VLADIMIR TENEV, BAIJU BHATT, JAN HAMMER, PAULA LOOP, JONATHAN RUBENSTEIN, SCOTT SANDELL, AND ROBERT ZOELLICK, | |
| Defendants, | |
| and | |
| ROBINHOOD MARKETS, INC., | |
| Nominal Defendant. | |

## DEFENDANTS' SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Vladimir Tenev, Baiju Bhatt, Jan Hammer, Paula Loop, Jonathan Rubinstein, Scott Sandell and Robert Zoellick and Nominal Defendant Robinhood Markets, Inc. state as follows:

Nominal Defendant Robinhood Markets, Inc. is a publicly-traded corporation with no parent corporation. As of September 30, 2025, the Vanguard Group, Inc. owns 10% or more of Robinhood Markets, Inc.'s stock. No other publicly-traded corporation owns 10% or more of Robinhood Markets, Inc.'s stock.

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*Of Counsel:*

Antony L. Ryan
Kevin J. Orsini
Brittany L. Sukiennik
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Ave
New York, NY 10001
Tel: (212) 474-1000
aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

October 17, 2025

*/s/ David E. Ross*
David E. Ross (#5228)
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
dross@ramllp.com

*Attorneys for Defendants Vladimir Tenev, Baiju Bhatt, Jan Hammer, Paula Loop, Jonathan Rubinstein, Scott Sandell and Robert Zoellick and Nominal Defendant Robinhood Markets, Inc.*